**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jamie Michael Jones, Tina Renea Cooper, and Andrew
Rayfield, Defendants,

Of whom Tina Renea Cooper is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-001110

Appeal From Georgetown County
Jan B. Bromell Holmes, Family Court Judge

Unpublished Opinion No. 2016-UP-498
Submitted November 29, 2016 – Filed December 2, 2016

**AFFIRMED**

Russell W. Hall, III, of The Law Office of Russell W.
Hall III, of Myrtle Beach, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Joe Michael Crosby, of Crosby Law Firm, LLC, of Georgetown, for the Guardian ad Litem.

**PER CURIAM:** Tina Renea Cooper appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cooper's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.